UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 18-10043-FDS |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| AUSTIN WILKERSON, | ) | **Counts One – Three**: 21 U.S.C. §841(a)(1) |
| Defendant. | ) | Distribution of a Controlled Substance |
| | ) | |
| | ) | **Drug Forfeiture** |
| | ) | 21 U.S.C. § 853 |
| | ) | |

## INFORMATION

**COUNT ONE:**   21 U.S.C. §841(a)(1) – Distribution of a Controlled Substance

The United States Attorney charges that:

1. On or about July 27, 2017, in the District of Massachusetts,

**AUSTIN WILKERSON,**

defendant herein, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO:**      21 U.S.C. §841(a)(1) – Distribution of a Controlled Substance

The United States Attorney charges that:

2.      On or about August 10, 2017, in the District of Massachusetts,

**AUSTIN WILKERSON,**

defendant herein, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE:**    21 U.S.C. §841(a)(1) – Distribution of a Controlled Substance

The United States Attorney further charges that:

    3.    On or about September 5, 2017, in the District of Massachusetts,

**AUSTIN WILKERSON,**

defendant herein, did knowingly and intentionally distribute crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **DRUG FORFEITURE ALLEGATION**
(21 U.S.C. §853)

4.     Upon conviction of distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a), set forth in Counts One through Three of this Information,

## AUSTIN WILKERSON

defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

5.     If any of the property described in Paragraph 4, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 5 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully Submitted,

ANDREW E, LELLING
United States Attorney

February 21, 2018

_____
Nicholas Soivilien
Assistant U.S. Attorney