# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 18-10043-FDS |
| | ) | |
| AUSTIN WILKERSON | ) | |

## WAIVER OF INDICTMENT

I, Austin Wilkerson, the above-named defendant, who is accused of knowingly and intentionally distributing a Schedule II controlled substance, namely, cocaine base, on August 10, 2017 and September 5, 2017, in violation of 21 U.S.C. §841(a)(1), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on _____ prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Austin Wilkerson
Defendant

_____
Scott Lauer
Counsel for the Defendant

Before: _____
        United States District Court Judge