## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:18-cr-10043-FDS |
|  | ) |  |
| v. | ) | Violations: |
|  | ) |  |
| AUSTIN WILKERSON, | ) | **Counts One – Three**: 21 U.S.C. § 841(a)(1) |
| Defendant. | ) | Distribution of a Controlled Substance |
|  | ) |  |
|  | ) | **Drug Forfeiture** |
|  | ) | 21 U.S.C. § 853 |
|  | ) |  |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following initial status report prepared in connection with the initial status conference scheduled for June 21, 2018:

(1)   Automatic Discovery/Pending Discovery Requests

The Government intends to provide automatic discovery by June 22, 2018.

(2)   Additional Discovery

The Government does not anticipate providing additional discovery aside from any materials covered by Local Rule 116.5(b)(2) that have not already been disclosed.

(3)   Timing of Additional Discovery Requests

The defendant's review of the automatic discovery is ongoing and requests additional time to determine if discovery requests are necessary and, if so, to make those requests.

(4)   Protective Orders

It does not presently appear that any protective orders are anticipated by the parties. Should that change, the parties will address those issues promptly.

(5)   Pretrial Motions

Because discovery review is ongoing, defendant cannot yet determine whether any Fed. R. Crim. P. 12(b) motions will be filed.

(6)   Expert Discovery

The Government agrees to provide any expert witness disclosures 30 days prior to trial.

The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

    (7)    Speedy Trial Act

All of the time has been excluded between the Defendant's arraignment on April 17, 2018 through the date of the initial status conference. [Dkt. #48]. The parties further agree to exclude the time from the initial status conference date through the interim status conference date pursuant to 18 U.S.C. § 3161(h)(7).

    (8)    Interim Status Conference

The parties request an Interim Status Conference be scheduled in approximately 30 days, or as soon thereafter as is convenient to the Court.

Because Defendant's discovery review is ongoing, the parties jointly request that the Court cancel the presently scheduled initial status conference in lieu of this Joint Report.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date:  June 20, 2018    By:    /s/ *Nicholas Soivilien*
Nicholas Soivilien
Assistant United States Attorney

Date:  June 20, 2018    By:    /s/ *Scott Lauer*
Scott Lauer
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, Nicholas Soivilien, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date:  June 20, 2018    /s/ *Nicholas Soivilien*
Assistant United States Attorney