UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 1:18-cr-10043-FDS |
| AUSTIN WILKERSON,<br>            Defendant. | ) ) ) ) | |

# JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following initial status report prepared in connection with the initial status conference scheduled for July 24, 2018:

(1) <u>Automatic Discovery/Pending Discovery Requests</u>

The Government has provided automatic discovery to the Defendant. Defendant's expert and the Government's agent are currently arranging a date to re-weigh the seized narcotics.

(2) <u>Additional Discovery</u>

The Government does not anticipate providing additional discovery aside from any materials covered by Local Rule 116.5(b)(2) that have not already been disclosed.

(3) <u>Timing of Additional Discovery Requests</u>

The Defendant does not anticipate making any further discovery requests.

(4) <u>Protective Orders</u>

No protective orders are anticipated by the parties.

(5) <u>Pretrial Motions</u>

The Defendant does not anticipate filing any Fed. R. Crim. P. 12(b) motions.

(6) <u>Expert Discovery</u>

The Government agrees to provide any expert witness disclosures 30 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7) <u>Speedy Trial Act</u>

All of the time has been excluded between Defendant's arraignment on April 17, 2018 through the date of the initial status conference. [Dkt. #48, 57]. The parties further agree to

exclude the time from the initial status conference date through the final status conference date pursuant to 18 U.S.C. § 3161(h)(7).

    (8)    <u>Final Status Conference</u>

The parties request a Final Status Conference be scheduled in sixty (60) days or as soon thereafter as is convenient to the Court. That will allow enough time for Defendant's expert to re-weigh the seized narcotics, and for the parties to determine whether Defendant will enter a plea of guilty or request a trial.

Because there are no issues presently in dispute, the parties jointly request that the Court cancel the presently scheduled initial status conference in lieu of this Joint Report.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: July 17, 2018    By:    /s/ *Nicholas Soivilien*
Nicholas Soivilien
Assistant United States Attorney

Date: July 17, 2018    By:    /s/ *Scott Lauer*
Scott Lauer
Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I, Scott Lauer, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: July 17, 2018    /s/ *Scott Lauer*